IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEROME CALVERT,<br><br>                  Plaintiff,<br><br>v.<br><br>JUANITA HICKS, et al,<br><br>                  Defendants. | 1:04-cv-1257-WSD |

## ORDER

The parties have advised the Court the above case has settled. The parties are directed to file a stipulation of dismissal on or before September 17, 2007. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of either party to reopen if the settlement is not concluded.

**SO ORDERED**, this 21st day of August, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE