```
         IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

| | |
|---|---|
| JEROME CALVERT, | : |
| | : |
|       Plaintiff, | : |
| | : |
| v. | : |
| | :  CIVIL ACTION FILE NO. |
| JUANITA HICKS, individually | :  1:04-CV-1257-WSD |
| and in her official capacity | : |
| as Clerk of the Superior | : |
| Court of Fulton County; TINA | : |
| ROBINSON, individually, | : |
| PHYLLIS BROWN, individually, | : |
| And FULTON COUNTY, GEORGIA, | : |
|       Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the parties and file this Stipulation of Dismissal With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) and, by and through counsel of record, hereby dismisses this action against JUANITA HICKS, INDIVIDUALLY AND IN HER CAPACITY AS CLERK OF THE SUPERIOR COURT OF FULTON COUNTY; TINA ROBINSON, INDIVIDUALLY, PHYLLIS BROWN, INDIVIDUALLY AND FULTON COUNTY, GEORGIA and its BOARD OF COMMISSIONERS, with prejudice and directs the Clerk of Court to dismiss the matter. Defendant Fulton County, Georgia shall pay, upon application by the Plaintiff, all costs of this action.

Respectfully submitted this 21st day of September, 2007.

/s/ Harlan S. Miller_____
Harlan S. Miller (By R. David
Ware, With Express Permission)
Georgia Bar No. 506709
Miller, Billups & Ates, P.C.
730 Peachtree Street
Suite 750
Atlanta, GA.  30308
(404) 969-4101
(404) 969-4141(fax)

/s/ R. David Ware_____
R. David Ware
Georgia Bar No. 737756
Office of the Fulton County
Attorney
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246
(404) 730-6324
Attorney for Fulton County
Defendants

```
            IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | | |
|---|---|---|
| JEROME CALVERT, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | FILE NO. 1:04-CV-1257-WSD |
| v. | : | |
| | : | |
| JUANITA HICKS, individually | : | |
| and in her official capacity | : | |
| as Clerk of the Superior | : | |
| Court of Fulton County; TINA | : | |
| ROBINSON, individually, | : | |
| PHYLLIS BROWN, individually; | : | |
| and FULTON COUNTY, GEORGIA, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

On September 21, 2007, I served the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, prepared in 12 point courier new, upon counsel by filing with the Court's electronic filing and service system (CM/ECF) which will automatically send e-mail notification of such filing to the following attorneys of record:

Harlan S. Miller                    Matthew Billips

                                    */s/ R. David Ware*
                                    R. David Ware
                                    Georgia Bar No. 737756

**OFFICE OF THE COUNTY ATTORNEY**
141 PRYOR STREET, SUITE 4038
ATLANTA, GEORGIA 30303
(404) 612-0266 (Office)
(404) 730-6324 (Facsimile)